UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HERTHA TIMM, | ) |
| LORI LADDUSAW, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) No. 4:02CV01828 ERW |
| | ) |
| AMERICAN HOME PRODUCTS | ) |
| LABORATORIES, et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER

The Final MDL Orders of Remand as to the remaining Plaintiffs Hertha Timm and Lori Laddusaw have been filed with this Court [doc. #26 and #31]. The Court has been notified that pursuant to a Pretrial Order issued by Judge Harvey Bartle, III, the Plaintiffs in this action were severed and ordered to file a Severed and Amended Complaint, each of which was assigned a separate cause number. In addition, each Plaintiff, except for the first named Plaintiff, was ordered to file the appropriate filing fee with the Eastern District of Pennsylvania.

**IT IS HEREBY ORDERED** that Cause No. 4:02CV01828 ERW shall remain Plaintiff Hertha Timm versus the remaining Defendants.

**IT IS FURTHER ORDERED** that the Clerk's Office shall direct a new cause number to be assigned to Plaintiff Lori Laddusaw. This new case shall be direct assigned to this Court.

**IT IS FURTHER ORDERED** that upon receipt of the new case assignment, the parties shall submit, no later than **May 25, 2007**, appropriate Joint Scheduling Plans to the appropriate causes of action for both Plaintiff Hertha Timm and Lori Laddusaw for this Court's consideration.

So Ordered this 15th Day of May, 2007.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**